# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# ALEXANDRIA DIVISION

**TYRONE PORTER**

**CIVIL ACTION NO. 06-0027**

-vs-

**JUDGE LITTLE**

**ORLEANS PARISH DISTRICT ATTORNEY**

## JUDGMENT

Before the court is a report and recommendation of the magistrate suggesting that the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2241 by *pro se* plaintiff Tyrone Porter ("Porter") be denied and dismissed with prejudice. Porter has not timely filed an objection. In addition, on 10 April 2006 the court received notice that an attempt to deliver the report and recommendation to the plaintiff was unsuccessful.

Parties to litigation have an ongoing duty to provide current address information to the court, and failure to do so may result in dismissal of suit. This requirement applies to prisoner litigants. Porter has failed to provide such information for more than 30 days.

Accordingly, the petition for writ of habeas corpus filed by Porter pursuant to 28 U.S.C. § 2241 is DENIED and DISMISSED WITH PREJUDICE.

Alexandria, Louisiana

11 May 2006

F. A. LITTLE, JR.
UNITED STATES DISTRICT JUDGE